1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA –

## SACRAMENTO DIVISION

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a California limited liability company, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAROX, INC., a California corporation and, PAVEL TVERETINOV, an individual,<br><br>    Defendants. | Case No. 2:08-CV-00273-WBS-GGH<br>Complaint Filed: February 5, 2008<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

1

**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

1   Plaintiffs Carmax Auto Superstores, California, LLC and Carmax Business
2   Services, LLC (collectively "Plaintiffs"), and Defendants Carox, Inc. and Pavel
3   Tveretinov (collectively "Defendants") HAVE SUBMITTED a Request for
4   Dismissal without prejudice of the entire above-captioned action, as to all parties
5   and claims asserted therein.

7   After review of the papers submitted and consideration of the facts contained
8   therein:

10  IT IS THE ORDER of this Court that Case No. 2:08-CV-00273-WBS-GGH
11  be dismissed, in its entirety, without prejudice, as to all parties and claims asserted
12  therein.

14  IT IS SO ORDERED.

Dated:  December 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**